IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT L. ALLUM,<br><br>          Plaintiff,<br><br>   vs.<br><br>STATE OF MONTANA, MONTANA STATE FUND, DEPARTMENT OF LABOR, ANNA PUDELKA, MELISSA QUALE, ESQ., THOMAS E. MARTELO, ESQ., WILBUR PINO, M.D., and DOES 1-100, inclusive,<br><br>          Defendants. | CV 19-12-BU-BMM-KLD<br><br>ORDER |

Defendants State of Montana, Montana State Fund, Montana Department of Labor, Anna Pudelka, Melissa Quale, and Thomas Martello have filed a Motion for Stay of Deadline to Answer Complaint. (Doc. 39). Defendants ask the Court to stay the deadline to respond to Plaintiff Robert Allum's First Amended Complaint until after the Court has ruled on Allum's Motion for Leave to File Second Amended Complaint (Doc. 32).

On November 4, 2019, Allum withdrew his motion for leave to file a Second Amended Complaint. (Doc. 35). Because Allum's motion for leave to file a Second Amended Complaint is no longer pending, this case will proceed on the First Amended Complaint. Accordingly,

1

IT IS ORDERED that Defendants' motion for a Stay of Deadline to Answer Complaint (Doc. 39) is DENIED as moot.

DATED this 7th day of January, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge