IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ROBERT L. ALLUM, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF MONTANA, MONTANA STATE FUND, DEPARTMENT OF LABOR, ANNA PUDELKA, MELISSA QUALE, ESQ., THOMAS E. MARTELO, ESQ., WILBUR PINO, M.D., and DOES 1-100, inclusive, <br><br> Defendants. | CV 19-12-BU-BMM-KLD <br><br> ORDER |

Pro se Plaintiff Robert Allum has filed a motion requesting all proceedings in this case be held in person. (Doc. 46.) Allum explains that he has a growth on his audio nerve which prevents him from clearly and intelligibly understanding electronically transmitted words. Defendants oppose the motion.

Pursuant to Local Rule 7.1, the Court may hear argument on motions on the record in open court, by video conference, or by telephone conference call. The Court must ensure that each party's statements to the court are audible to all other participants. The Court has discretion to hold pretrial conferences and status conferences by telephone, video conference, or in person.

The Court declines to issue a blanket order requiring all proceedings in this

1

matter to be held in person. Allum may file a motion requesting a proceeding be held in person once it has been scheduled. The Court will consider and accommodate Allum's hearing impairment at that time. Accordingly,

IT IS ORDERED that Plaintiff's Motion for All Proceedings to be in Person (Doc. 46) is DENIED.

DATED this 22nd day of January, 2020.

Kathleen L. DeSoto
United States Magistrate Judge