UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ROBERT L. ALLUM. _____ ROBERT L. ALLUM, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, BUTTE, Respondent, STATE OF MONTANA; et al., Real Parties in Interest. | No. 20-70646 D.C. No. 2:19-cv-00012-BMM-KLD District of Montana, Butte ORDER |

Before: TASHIMA, FRIEDLAND, and MILLER, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977); *see also Demos v. U.S. Dist. Ct.*, 925 F.2d 1160 (9th Cir. 1991) ("[T]his court lacks jurisdiction to issue a writ of mandamus to a state court."). Accordingly, the petition is denied.

Petitioner's emergency motion for a stay of proceedings in the Montana Supreme Court (Docket Entry No. 2) is denied.

2

Petitioner's motion to proceed in forma pauperis (Docket Entry No. 3) is denied as moot.

Petitioner's motion for judicial notice (Docket Entry No. 4) is denied.

No further filings will be accepted in this closed case.

**DENIED.**